In the Matter of the Transfer TAX upon the Estate of ALICE
   K. BROWNE, Deceased.

THE NATIONAL SAFE DEPOSIT, SAVINGS AND TRUST COMPANY
   OF THE DISTRICT OF COLUMBIA, as Executor, Appellant ; THE
   COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

*Matter of Browne*, 127 App. Div. 941, appeal dismissed.
(Submitted March 15, 1909; decided March 23, 1909.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
July 8, 1908, which affirmed an order of the New York
County Surrogate's Court remitting the proceeding herein to
an appraiser with instructions to ascertain and report the
amounts to be deducted for expenses of administration and
commissions from a transfer tax theretofore fixed.

*James Gillin* for appellant.

*John G. Pheil* for respondent.

*Per Curiam.* While we would have no difficulty in disposing of this appeal by affirming the order on the merits if the appeal was properly before us, we are of the opinion that the order appealed from is interlocutory and, therefore, the appeal must be dismissed, with costs.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.